James W. CHAMBERS, Petitioner,

v.

Al LUEBBERS, Respondent.

No. 00–3678.

United States Court of Appeals, Eighth Circuit.

Nov. 13, 2000.

Stacy Anderson, Jefferson City, MO, for appellee.

BEFORE: RICHARD S. ARNOLD, BEAM and MORRIS SHEPPARD ARNOLD, Circuit Judges.

## JUDGMENT

The motion for appointment of counsel is granted, and Kent E. Gibson, Esq., and George M. Winger, Esq., are appointed as counsel for petitioner.

The motion for stay of execution is denied.

The motion for leave to file a successive habeas petition is denied. Mandate shall issue forthwith.